UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lorch Jr.

---

Write the full name of each plaintiff.

_____ CV _____
(Include case number if one has been assigned)

-against-

**COMPLAINT**

- See Defendant Information and Officers named inside Claim 3 -

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

B.  If you checked Diversity of Citizenship

   1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
                    (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
             (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Robert | D. | Lurch Sr. |
|---|---|---|
| First Name | Middle Initial | Last Name |

151 Lawrence St., 4th Flr
Street Address

| Brooklyn | NY | 11201 |
|---|---|---|
| County, City | State | Zip Code |

_____    _____
Telephone Number                  Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
First Name: John
Last Name: Doe
Current Job Title (or other identifying information): Police officer Badge number 8580
Current Work Address (or other address where defendant may be served): Transit Bureau District 4 (14 and Union sq)
County, City: NY
State: NY
Zip Code:

Defendant 2:
First Name:
Last Name: Gorman
Current Job Title (or other identifying information): Sergeant Badge number 1868
Current Work Address (or other address where defendant may be served): Transit Bureau District 4 (14 and Union sq)
County, City: NY
State: NY
Zip Code:

Defendant 3:
First Name:
Last Name: McKeever
Current Job Title (or other identifying information): P.O.
Current Work Address (or other address where defendant may be served): Transit Bureau District 4 (14 and Union sq)
County, City: NY
State: NY
Zip Code:

Defendant 4: Drozd, K
First Name / Last Name

P.O.
Current Job Title (or other identifying information)

Transit Bureau District 4 (14 and Union Sq)
Current Work Address (or other address where defendant may be served)

NY / NY
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Confines of 13th Precinct

Date(s) of occurrence: July, 26/2023

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

① False arrest claim — My 4th amendment right to be free from unlawful seizures was violated when I was arrested for trespassing even though I wasn't previously banned from the establishment and I wasn't told until the moment of arrest I wasn't wanted on the hotel property.

② Excessive Force claim — Officers tighten my handcuffs until the point I almost suffered nerve damage and I experience extreme pain to both wrist (P.O. 8520) (also failure to intervene for officers failing to unloosen cuffs)

③ Excessive Force claim — Officers (Sgt. Nunez, P.O. Ben Casines, P.O. Callan____) intentionally tightened my handcuffs to the degree my hands went numb and failed to unloosen them for 40 minutes, despite my cries and request. Lt Foster felt bad for me and told the Page 5 to unloosen them (central bookings count pen officers) (also failure to intervene for officers failing to unloosen cuffs)

# Exhibit A

"medical record from Incident at time of Intial arrest"

Name: Robert Derek Lurch Sr.

Incident date: July 26 to 27, 2023

Date: July 28, 2023

NYC HEALTH+HOSPITALS | Bellevue

# AFTER VISIT SUMMARY
**Robert Lurch** MRN: 3598032

📅 7/27/2023  📍 Bellevue ED ADULT 212-562-4141

## Instructions


**Read the attached information**
Wrist Pain  Adult  Easy-to-Read (English)

## Today's Visit
You were seen by Dr. R White, MD

**Diagnosis**
Pain in both wrists

## What's Next
You currently have no upcoming appointments scheduled.

## General Emergency Department Discharge Instructions
We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone number above on this form. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

## Instructions


**Talk with your provider about your medications**

❓ ASK how to take:
acetaminophen 500 MG tablet (TYLENOL)

ibuprofen 600 MG tablet (MOTRIN)

Review your updated medication list below.

## Home Medication Information
The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record. In addition, some of your home

Page 1 of 9  **Epic**

Robert Lurch (MRN: 3598032) • Printed at 7/27/2023 4:47 AM

## Home Medication Information (continued)

medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:
- New medications
- Changes to the amount or how often you take a medication
- Discontinuation of a medication

Please review the information below carefully. **Continue all your current medications as you are presently taking, with the exception of the following changes below. If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

### Changes to Your Medication List
You have not been prescribed any medications.



Stay engaged with your health with **MyChart**, a free, convenient, secure online tool. With MyChart you can...Message your doctor's office... Request refills... See test results... See your visit summaries and upcoming appointments... Pay your bill.... Request financial assistance... And much more...

To sign up for MyChart, go to **http://mychart.nychealthandhospitals.org** or scan the QR code below using your smartphone's camera, click "**Sign Up Now**" and enter your personal **activation code: M5TP3-BS8QR**
**Expires: 9/5/2023  4:44 AM**



After you sign up, please update your MyChart **Profile** with the most up-to-date **Contact** and **Insurance** information so we can reach you and help you with your bill:

1. **Contact Information**: Go to the **Profile** tab, then click **Personal Information**, then click **Contact Information**.
2. **Insurance Information**: Go to the **Billing** tab, then click **Insurance Summary**, then click **Add a Coverage**.
3. **Insurance Enrollment Assistance**: For assistance with insurance enrollment, go to the **Billing** tab, then click **Financial Assistance**. One of our staff will reach out to you to help you enroll in insurance coverage or financial assistance, if eligible.

Additional information:
If you have questions, you can go to: **https://epicmychart.nychhc.org/help** to contact our MyChart staff. **Remember, for emergencies, always call 911 – do not use MyChart.**

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

(1) Pain to Both wrist, (2) slight nerve damage, (3) embarrassment and Humiliation, (4) pain and suffering and (5) Loss of Liberty

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

In suing each Individual Officer for $1 million dollars in compensatory and $1 million in punitive damage.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| July 28, 2023 | | |
|---|---|---|
| Dated | | Plaintiff's Signature |

| D. | | Lurch Sr. |
|---|---|---|
| First Name | Middle Initial | Last Name |

151 Lawrence St., 4th Flr
Street Address

| NY | NY | 11201 |
|---|---|---|
| County, City | State | Zip Code |

_____       _____
Telephone Number                 Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.