UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT DEREK LURCH JR.,<br><br>                          Plaintiff,<br><br>-against-<br><br>JOHN DOE POLICE OFFICER BADGE NUMBER 8520; SERGEANT GORMAN; POLICE OFFICER McKEEVER; POLICE OFFICER DROZDIK; POLICE SERGEANT NUNEZ; POLICE OFFICER BEN COSME; POLICE OFFICER CALLOU; CENTRAL BOOKINGS COURT PEN OFFICER,<br><br>                          Defendants. | 23-CV-6704 (JGLC) |
| ROBERT DEREK LURCH JR.,<br><br>                          Plaintiff,<br><br>-against-<br><br>P.O. PILGRIM (NYPD) (21213); P.O. AVIN (NYPD) (4080),<br><br>                          Defendants. | 23-CV-6727 (JGLC) |

## ORDER

JESSICA G. L. CLARKE, United States District Judge:

      The Court is inclined to consolidate the cases at this time, pursuant to Rule 42 of the Federal Rules of Civil Procedure, for general pretrial and discovery purposes, because the cases appear to involve common questions of law and fact. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **November 28, 2023**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

Plaintiff is reminded that, per the Court's Order of September 7, 2023, he must file an amended complaint in the 23cv6704 case no later than **December 6, 2023**. *See* ECF No. 5.

Dated: November 8, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge