UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH JR,

                Plaintiff,

-against-

JOHN DOE POLICE OFFICER BADGE NUMBER 8520; SERGEANT GORMAN; POLICE OFFICER McKEEVER; POLICE OFFICER DROZDIK; POLICE SERGEANT NUNEZ; POLICE OFFICER BEN COSME; POLICE OFFICER CALLOU; CENTRAL BOOKINGS COURT PEN OFFICER,

                Defendants.

23-CV-6704 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    On November 11, 2023, the Court indicated it is inclined to consolidate this action with 23-cv-6727 for general pretrial and discovery purposes because the cases appear to involve common questions of law and fact. ECF No. 11.

    On November 16, 2023, Plaintiff filed a letter seeking an extension of time to submit an amended complaint. ECF No. 19. The Court advises Plaintiff that it is not necessary to amend his complaint at this time. If the Court consolidates the cases, it will only be for general pretrial and discovery purposes. Consolidating cases in this manner is for the sake of efficiency. The two cases will remain separate lawsuits with different complaints and defendants. The parties are reminded that the deadline to object to such consolidation is **November 28, 2023**.

Dated:  November 20, 2023
         New York, New York

                                                  SO ORDERED.

                                                  *Jessica Clarke*

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge