UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT DEREK LURCH JR.,

                Plaintiff,

-against-

JOHN DOE POLICE OFFICER BADGE NUMBER 8520; SERGEANT GORMAN; POLICE OFFICER McKEEVER; POLICE OFFICER DROZDIK; POLICE SERGEANT NUNEZ; POLICE OFFICER BEN COSME; POLICE OFFICER CALLOU; CENTRAL BOOKINGS COURT PEN OFFICER,

                Defendants.

23-CV-6704 (JGLC)

---

ROBERT DEREK LURCH JR.,

                Plaintiff,

-against-

P.O. PILGRIM (NYPD) (21213); P.O. AVIN (NYPD) (4080),

                Defendants.

23-CV-6727 (JGLC)

---

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      On November 20, 2023, the Court indicated it was inclined to consolidate the above-captioned cases for general pretrial and discovery purposes. ECF No. 11. No party objected to consolidation by the November 28, 2023 deadline. Accordingly, the cases are hereby CONSOLIDATED for pre-trial purposes pursuant to Rule 42 of the Federal Rules of Civil Procedure. The Court will address whether consolidation for trial is warranted at a later date.

Dated: December 15, 2023
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge