```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                         :
                                                :    23-CV-6704 (JGLC) (RWL)
                                                :
                            Plaintiff,          :
                                                :
           - against -                          :
                                                :
JOHN DOE POLICE OFFICER BADGE                   :
NUMBER 8520; SERGEANT GORMAN;                   :
POLICE OFFICER MCKEEVER; POLICE                 :
OFFICER DROZDIK; POLICE SERGEANT                :
NUNEZ; POLICE OFFICER BEN COSME;                :
POLICE OFFICER CALLOU; CENTRAL                  :
BOOKINGS COURT PEN OFFICER,                     :
                                                :
                            Defendants.         :
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                         :
                                                :
                                                :    23-CV-6727 (JGLC) (RWL)
                            Plaintiff,          :
                                                :
           - against -                          :
                                                :
P.O. PILGRIM (NYPD) (21213); P.O. AVIN          :
(NYPD) (4080),                                  :
                                                :
                            Defendants.         :
------------------------------------------------------------X
```

## ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The two matters captioned above have been referred to me for general pretrial purposes. Accordingly, by February 16, 2024, the parties either jointly or separately shall file a status letter with the Court indicating for each case the status of (1) service on defendants; (2) appearance by defendants; (3) mediation as previously ordered by the

1

Court; (4) the dates of any future due dates or deadlines; (5) proposed timing of an initial pretrial conference; and (6) identification of any issues requiring the Court's attention.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2024
      New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
#24B0013
Elmira C.F.
Box 500
Elmira, NY 14902