```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT DEREK LURCH, JR.                          :
                                                 :    23-CV-6704 (JGLC) (RWL)
                                                 :
                        Plaintiff,               :
                                                 :
           - against -                           :
                                                 :
JOHN DOE POLICE OFFICER BADGE                    :
NUMBER 8520; SERGEANT GORMAN;                    :
POLICE OFFICER MCKEEVER; POLICE                  :
OFFICER DROZDIK; POLICE SERGEANT                 :
NUNEZ; POLICE OFFICER BEN COSME;                 :
POLICE OFFICER CALLOU; CENTRAL                   :
BOOKINGS COURT PEN OFFICER,                      :
                                                 :
                        Defendants.              :
-----------------------------------------------------------X
ROBERT DEREK LURCH, JR.                          :
                                                 :
                                                 :    23-CV-6727 (JGLC) (RWL)
                        Plaintiff,               :
                                                 :
           - against -                           :
                                                 :
P.O. PILGRIM (NYPD) (21213); P.O. AVIN           :
(NYPD) (4080),                                   :
                                                 :
                        Defendants.              :
-----------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 1/23/2024

## ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In order to give Plaintiff an opportunity to respond to Defendants' request at Dkt. 37 for a temporary stay pending mediation, the Court sua sponte extends Defendant's time to respond to the complaint by 45 days. Plaintiff's response to the request for a stay

1

shall be filed by February 22, 2024.  Absent a response from Plaintiff, the Court will grant the requested temporary stay.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 23, 2024
       New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
#24B0013
Elmira C.F.
Box 500
Elmira, NY 14902