```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.

                                        23-CV-6704 (JGLC) (RWL)

                          Plaintiff,

            - against -

JOHN DOE POLICE OFFICER BADGE
NUMBER 8520; SERGEANT GORMAN;
POLICE OFFICER MCKEEVER; POLICE
OFFICER DROZDIK; POLICE SERGEANT
NUNEZ; POLICE OFFICER BEN COSME;
POLICE OFFICER CALLOU; CENTRAL
BOOKINGS COURT PEN OFFICER,

                         Defendants.
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.

                                        23-CV-6727 (JGLC) (RWL)

                          Plaintiff,

            - against -

P.O. PILGRIM (NYPD) (21213); P.O. AVIN
(NYPD) (4080),

                         Defendants.
------------------------------------------------------------X

## ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Clerk of Court is respectfully directed to mail copies of the complaints in 23-cv-6704 and 23-cv-6727 to Plaintiff as requested in his letter of February 2, 2024. The Court will address Defendant's motion for a temporary stay after receiving the status report ordered to be filed by February 16, 2024.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 7, 2024
      New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
#24B0013
Elmira C.F.
Box 500
Elmira, NY 14902