USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                      :
                                             :    23-CV-6704 (JGLC) (RWL)
                                             :
                             Plaintiff,      :
                                             :
            - against -                      :
                                             :
JOHN DOE POLICE OFFICER BADGE                :
NUMBER 8520; SERGEANT GORMAN;                :
POLICE OFFICER MCKEEVER; POLICE              :
OFFICER DROZDIK; POLICE SERGEANT             :
NUNEZ; POLICE OFFICER BEN COSME;             :
POLICE OFFICER CALLOU; CENTRAL               :
BOOKINGS COURT PEN OFFICER,                  :
                                             :
                             Defendants.     :
-------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                      :
                                             :
                                             :    23-CV-6727 (JGLC) (RWL)
                             Plaintiff,      :
                                             :
            - against -                      :
                                             :
P.O. PILGRIM (NYPD) (21213); P.O. AVIN       :
(NYPD) (4080),                               :
                                             :
                             Defendants.     :
-------------------------------------------------------------X
```

## ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court having granted Defendants' request for a stay, Plaintiff's motion to compel is denied as moot.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 21, 2024
   New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
#24B0013
Elmira C.F.
Box 500
Elmira, NY 14902