23-CV-6704

## Motion for court to issue scheduling order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2024

If this court agrees with the Plaintiff's position and does not grant the stay in this matter, the Plaintiff will like this court to issue a scheduling order in this case.

Further, since Docket #23-cv-6704 and Docket #23-cv-6727 are consolidated, the Plaintiff will like a scheduling order that applies to both cases or a seperate order for each case.

Name: Robert Derek Lurch Jr.   Date: 2/10/2024   Signature: [signed]

Docket #: 23-cv-6704, 23-cv-6727

In light of the Court's having granted a stay, ~~the request for issuance of a scheduling order~~ is denied as moot.

SO ORDERED:

2/21/2024  [signed]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Robert Derek Lynch Jr.   DIN: 24B00130117



Pro Se Office
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

[Legal Mail]