23-CV-6704

Motion For court to Issue scheduling order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2024

IF this court agrees with the Plaintiff's position and does not grant the stay In this matter, the Plaintiff will Like this court to Issue a scheduling order In this case.

Further, since Docket # 23-cv-6704 and Docket # 23-cv-6727 are consolidated, the Plaintiff will Like a scheduling order that applies to both cases or a seperate order For each case.

Name: Robert Derek Lurch Jr.   Date: 2/10/2024   Signature: [signature]

Docket #: 23-cv-6704, 23-cv-6727

In light of the Court's having granted a stay, the request for issuance of a scheduling order is denied as moot.

SO ORDERED:

2/21/2024  [signature]

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Robert Derek Lynch Jr.   DIN: 24B0013CELTY



Pro se office
Southern district of New York
United states District Court
500 Pearl St.
New York, NY 10007

Legal Mail