UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                          :
                                                 :          23-CV-6704 (JGLC) (RWL)
                                                 :
                        Plaintiff,               :
                                                 :
            - against -                          :
                                                 :
JOHN DOE POLICE OFFICER BADGE                    :
NUMBER 8520; SERGEANT GORMAN;                    :
POLICE OFFICER MCKEEVER; POLICE                  :
OFFICER DROZDIK; POLICE SERGEANT                 :
NUNEZ; POLICE OFFICER BEN COSME;                 :
POLICE OFFICER CALLOU; CENTRAL                   :
BOOKINGS COURT PEN OFFICER,                      :
                                                 :
                        Defendants.              :
                                                 :
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                          :
                                                 :
                                                 :          23-CV-6727 (JGLC) (RWL)
                        Plaintiff,               :
                                                 :
            - against -                          :
                                                 :
P.O. PILGRIM (NYPD) (21213); P.O. AVIN           :
(NYPD) (4080),                                   :
                                                 :
                        Defendants.              :
                                                 :
------------------------------------------------------------X

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

To allow Plaintiff, proceeding pro se, to effect service on Defendants Sergeant

Oscar Nunez, Police Officer Jorge Bencosme, and Police Officer Alexander Callejas

through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S.

1

Marshals Service Process receipt and Return Form (USM-285 form) for each of those Defendants at the addresses listed below:

Sergeant Oscar Nunez
Shield No. 3505
NYPD Manhattan Court Section
100 Centre Street, New York, NY 10013

Police Officer Jorge Bencosme
Shield No. 20173
3 NYPD Manhattan Court Section
100 Centre Street, New York, NY 10013

Police Officer Alexander Callejas
Shield No. 1142
NYPD Manhattan Court Section
100 Centre Street, New York, NY 10013

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon those Defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).  Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
       New York, New York

2

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch
#24B0013
Cayuga C.F.
P.O. Box 1186
Moravia, NY 13118