UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                                :

                                                        :   23-CV-6704 (JGLC) (RWL)

                                  Plaintiff,        :

                  - against -          :

JOHN DOE POLICE OFFICER BADGE               :
NUMBER 8520; SERGEANT GORMAN;
POLICE OFFICER MCKEEVER; POLICE              :
OFFICER DROZDIK; POLICE SERGEANT
NUNEZ; POLICE OFFICER BEN COSME;              :
POLICE OFFICER CALLOU; CENTRAL
BOOKINGS COURT PEN OFFICER,                        :

                              Defendants.        :

-------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                                :

                                                         :   23-CV-6727 (JGLC) (RWL)

                                  Plaintiff,        :

                  - against -          :

P.O. PILGRIM (NYPD) (21213); P.O. AVIN          :
(NYPD) (4080),
                                                    :

                                Defendants.        :

-------------------------------------------------------------X

## ORDER

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On August 9, 2024, the Court issued an order granting Plaintiff's request for an

extension to effect service on Defendants at Dkt. 47, 23-CV-6727. (*See* Dkt. 49, 23-CV-

6727.)  The Court referenced Plaintiff's letter at Dkt. 48, 23-CV-6727 inquiring about the

status of service on Officers Avin and Pilgrim, but the Court mistakenly referred to the

officers to be served in 23-CV-6704.  Accordingly, to clarify, as regards Plaintiff's letter at

Dkt. 48, 23-CV-6727 inquiring about status of service, according to the record, the U.S.

Marshal has not yet returned a confirmation of service or attempted service on Officer

Avin or Officer Pilgrim.


SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2024
          New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se
Plaintiff:


Robert Derek Lurch
#24B0013
Cayuga C.F.
P.O. Box 1186
Moravia, NY 13118