```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                          :
                                                 :   23-CV-6704 (JGLC) (RWL)
                        Plaintiff,               :
                                                 :
        - against -                              :
                                                 :
JOHN DOE POLICE OFFICER BADGE                    :
NUMBER 8520; SERGEANT GORMAN;                    :
POLICE OFFICER MCKEEVER; POLICE                  :
OFFICER DROZDIK; POLICE SERGEANT                 :
NUNEZ; POLICE OFFICER BEN COSME;                 :
POLICE OFFICER CALLOU; CENTRAL                   :
BOOKINGS COURT PEN OFFICER,                      :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                          :
                                                 :
                                                 :   23-CV-6727 (JGLC) (RWL)
                        Plaintiff,               :
                                                 :
        - against -                              :
                                                 :
P.O. PILGRIM (NYPD) (21213); P.O. AVIN           :
(NYPD) (4080),                                   :
                                                 :
                        Defendants.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2024

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Given Plaintiff's notice of a change of address filed on August 13, 2024, the Clerk of Court is directed to mail a copy of the orders at Dkt. 76 and Dkt. 77 in 23-CV-6704, as well as Dkt. 49 and Dkt. 50 in 23-CV-06727, to Plaintiff's new address, listed below.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 4, 2024
       New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch
#24B0013
Queensboro Correctional Facility
47-04 Van Dam Street
Long Island City, NY 11101-3081