Motion for assistance

In effecting service

on Remaining

defendants

Your honor, the Plaintiff is writing this court asking it for its assistance on effecting service on the following defendants: ① Sgt. Nunez, ② Officer Callejas and ③ Officer Bencosme.

The Plaintiff was recently informed by this court that these defendants have not been served and because of such, the Plaintiff is asking the court for assistance in effecting service on these defendants (Thank you).

Name: Robert Derek Lurch Sr.     Date: 9/18/2024     Signature: [signed]

Docket #: 23-cv-6704 (JGLC)(RWL)

The Court already has directed the U.S. Marshal to attempt service on officers Nunez, Bencosme, and Callejas. See Dkt. 73. Inasmuch as no return of service has been filed by the Marshal, the Court sua sponte extends the time for service to be effected on these three defendants until October 31, 2024.

SO ORDERED:

9/27/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

---

QUEENSBORO CORRECTIONAL FACILITY
47-04 VAN DAM STREET
LONG ISLAND CITY, NEW YORK 11101-3081

NAME: Robert Derek Lynch Jr.   DIN: 24B0013

MID-ISLAND NY 1143
23 SEP 2024 PM

CORRECTIONAL FACILITY

Legal Mail

Pro Se Office
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

10007-131699

2024 SEP 25 PM 3:15