```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                    :
                                           :   23-CV-6704 (JGLC) (RWL)
                                           :
                    Plaintiff,             :
                                           :
        - against -                        :
                                           :
JOHN DOE POLICE OFFICER BADGE              :
NUMBER 8520; SERGEANT GORMAN;              :
POLICE OFFICER MCKEEVER; POLICE            :
OFFICER DROZDIK; POLICE SERGEANT           :
NUNEZ; POLICE OFFICER BEN COSME;           :
POLICE OFFICER CALLOU; CENTRAL             :
BOOKINGS COURT PEN OFFICER,                :
                                           :
                    Defendants.            :
------------------------------------------------------------X
ROBERT DEREK LURCH, JR.                    :
                                           :
                                           :   23-CV-6727 (JGLC) (RWL)
                    Plaintiff,             :
                                           :
        - against -                        :
                                           :
P.O. PILGRIM (NYPD) (21213); P.O. AVIN     :
(NYPD) (4080),                             :
                                           :
                    Defendants.            :
------------------------------------------------------------X
```

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In Case No. 23-6727, Plaintiff has filed a letter seeking further assistance in serving Defendants Pilgrim and Avin. (Dkt. 53.)

On November 8, 2023, the Court entered an order directing the Clerk of Court to "complete one U.S. Marshals Service Process Receipt and Return form ("USM-285 form")

1

for each Defendant [Neil Pilgrim and Sabin Avin], issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants forthwith."  (See Dkt. 12.)

There is no entry on the docket indicating that that directive had been carried out. Accordingly, the Clerk of Court is directed to promptly complete one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant Neil Pilgrim and Sabin Avin, issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants forthwith.

Upon receipt of the indicated forms, the Marshals Service is directed to promptly execute service.

The Clerk of Court is directed to terminate the letter motion at Dkt. 53 in Case No. 23-6727.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 27, 2024
       New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch
#24B0013
Queensboro Correctional Facility
47-04 Van Dam Street
Long Island City, NY 11101-3081