UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ROBERT DEREK LURCH, JR. | |
| Plaintiff, | 23-CV-6704 (JGLC) (RWL) |
| - against - | |
| JOHN DOE POLICE OFFICER BADGE NUMBER 8520; SERGEANT GORMAN; POLICE OFFICER MCKEEVER; POLICE OFFICER DROZDIK; POLICE SERGEANT NUNEZ; POLICE OFFICER BEN COSME; POLICE OFFICER CALLOU; CENTRAL BOOKINGS COURT PEN OFFICER, | |
| Defendants. | |

------------------------------------------------------------X

| | |
|---|---|
| ROBERT DEREK LURCH, JR. | |
| Plaintiff, | 23-CV-6727 (JGLC) (RWL) |
| - against - | |
| P.O. PILGRIM (NYPD) (21213); P.O. AVIN (NYPD) (4080), | **ORDER** |
| Defendants. | |

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

These cases were filed in July 2023.  After an unsuccessful mediation and several fits and starts to identify and effect service on individual Defendants, the cases appear ready to move forward.  The parties shall meet and confer and submit a proposed scheduling order and case management plan by January 22, 2025.

1

2

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2024
New York, New York

The Court respectfully requests the Clerk of Court mail a copy of this order to the pro se Plaintiff:

Robert Derek Lurch, Jr.
314 West 40th Street
New York, NY 10018

2